

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number: 01-16-00407-CR

Trial Court Cause
Number: 1441389

Style: Robert Chayenne Alvarez

 **v** The State of Texas

Date motion filed*: September 24, 2018

Type of motion: State's First Motion for Extension of Time to File Motion for Rehearing

Party filing motion: State

Document to be filed: Motion for Rehearing

Is appeal accelerated? ☐ Yes ☒ No

If motion to extend time:

 Original due date: September 14, 2018

 Number of previous extensions granted: None

 Date Requested: September 24, 2018

Ordered that motion is:

 ☒ Granted

  If document is to be filed, document due: _____

  ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

 ☐ Denied

 ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

 ☐ Other: _____

Judge's signature: /s/ Michael Massengale
  ☒ Acting individually ☐ Acting for the Court

Panel consists of  Justices Jennings, Massengale, and Caughey

Date: September 27, 2018